IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-cv-62-BO

| | |
|---|---|
| HARRY CRAMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CAROLYN COLVIN, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $15,000.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, the sum of $15,000.00 from Plaintiff's back benefits and upon the payment of such sum this case is dismissed with prejudice.

This 25 day of November 2014.

U.S. District Judge Terrence Boyle